UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| GAYL WEINMANN, Individually and for Others Similarly Situated<br><br>  *Plaintiff,*<br><br>vs.<br><br>CONTRACT LAND STAFF, LLC<br><br>  *Defendant.* | CASE NO. 2:22-CV-1140<br><br>Collective Action (29 U.S.C. § 216(b))<br><br>Class Action (Fed. R. Civ. P. 23) |

**DEFENDANT CONTRACT LAND STAFF, LLC'S MOTION TO DISMISS PLAINTIFF GAYL WEINMANN'S COLLECTIVE AND CLASS ACTION CLAIMS AND, IN THE ALTERNATIVE, MOTION TO STRIKE**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Contract Land Staff, LLC ("CLS") moves this Court for an order dismissing Plaintiff Gayl Weinmann's ("Plaintiff") collective and class action claims alleged in her Original Collective & Class Action Complaint (the "Motion to Dismiss"). In the alternative, and subject to this Motion to Dismiss, CLS moves this Court for an order striking Plaintiff's proposed class definition for putative class action claims under the Illinois Minimum Wage Law (the "Motion to Strike"). The grounds upon which the Court should dismiss or strike these claims are stated more fully in the accompanying memorandum of law, which is incorporated by reference.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, Defendant Contract Land Staff, LLC respectfully requests that the Court enter judgment dismissing Plaintiff's collective and class action claims alleged in her Original Collective & Class Action Complaint with prejudice, or, in the alternative, strike Plaintiff's proposed class definition

for putative class action claims under the Illinois Minimum Wage Law, and grant such further relief as the Court deems just and proper.

Date: September 12, 2022

Respectfully submitted,

/s/ Adam T. Simons
Adam T. Simons
Pa. Id. No. 322256
MCGUIREWOODS LLP
500 East Pratt Street, Suite 1000
Baltimore, Maryland 21202
410-659-4417
asimons@mcguirewoods.com

Meghaan C. Madriz (*pro hac vice forthcoming*)
mmadriz@mcguirewoods.com
Texas Bar No. 24070241
S.D. Tex. No. 1062431
MCGUIREWOODS LLP
600 Travis Street, Suite 7500
Houston, Texas 77002
(832) 255-6365 Telephone
(832) 214-9935 Facsimile

**ATTORNEYS FOR DEFENDANT CONTRACT LAND STAFF, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has served on all counsel of record in accordance with the Federal Rules of Civil Procedure using the ECF system on this 12th day of September 2022.

/s/ Adam T. Simons
Adam T. Simons