UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| GAYL WEINMANN, Individually and for Others Similarly Situated<br><br>*Plaintiff,*<br><br>vs.<br><br>CONTRACT LAND STAFF, LLC<br><br>*Defendant.* | CASE NO. 2:22-CV-1140<br><br>Collective Action (29 U.S.C. § 216(b))<br><br>Class Action (Fed. R. Civ. P. 23) |

### [PROPOSED] ORDER ON DEFENDANT CONTRACT LAND STAFF, LLC'S MOTION TO DISMISS

AND NOW, this _____ day of _____ 2022, this matter is before the Court on Defendant Contract Land Staff, LLC's Motion to Dismiss Plaintiff Gayl Weinmann's collective and class action claims alleged in her Original Collective & Class Action Complaint. Upon consideration of Defendant Contract Land Staff, LLC's Motion to Dismiss, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED, and Plaintiff Gayl Weinmann's (1) collective action claims under the Fair Labor Standards Act and (2) class action claims under the Pennsylvania Minimum Wage Act and Illinois Minimum Wage Law alleged in her Original Collective & Class Action Complaint (Doc. 1) are dismissed WITH PREJUDICE.

Dated: _____          _____
                                                                    UNITED STATES DISTRICT JUDGE