# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| GAYL WEINMANN, Individually and for Others Similarly Situated<br><br>*Plaintiff,*<br><br>vs.<br><br>CONTRACT LAND STAFF, LLC<br><br>*Defendant.* | CASE NO. 2:22-CV-1140<br><br>Collective Action (29 U.S.C. § 216(b))<br><br>Class Action (Fed. R. Civ. P. 23) |

## [PROPOSED] ORDER ON DEFENDANT CONTRACT LAND STAFF, LLC'S MOTION TO STRIKE

AND NOW, this _____ day of _____ 2022, this matter is before the Court on Defendant Contract Land Staff, LLC's Motion to Strike Plaintiff Gayl Weinmann's proposed class definition for putative class action claims under the Illinois Minimum Wage Law as alleged in her Original Collective & Class Action Complaint. Upon consideration of Defendant Contract Land Staff, LLC's Motion to Strike, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED, and Plaintiff Gayl Weinmann's proposed class definition for putative class action claims under the Illinois Minimum Wage Law as alleged in her Original Collective & Class Action Complaint is struck and dismissed with prejudice.

Dated: _____                    _____
                                                                    UNITED STATES DISTRICT JUDGE