UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| GAYL WEINMANN, Individually and for Others Similarly Situated<br><br>*Plaintiff,*<br><br>vs.<br><br>CONTRACT LAND STAFF, LLC<br><br>*Defendant.* | CASE NO. 2:22-CV-1140-CCW<br><br>Collective Action (29 U.S.C. § 216(b))<br><br>Class Action (Fed. R. Civ. P. 23) |

### [PROPOSED] ORDER ON DEFENDANT CONTRACT LAND STAFF, LLC'S PARTIAL MOTION TO DISMISS

AND NOW, this _____ day of _____ 2023, this matter is before the Court on Defendant Contract Land Staff, LLC's Partial Motion to Dismiss Plaintiff Gayl Weinmann's claim under the Illinois Wage Payment and Collection Act as alleged in her First Amended Collective & Class Action Complaint.  Upon consideration of Defendant Contract Land Staff, LLC's Partial Motion to Dismiss, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED, that Plaintiff Gayl Weinmann's claim under the Illinois Wage Payment and Collection Act as alleged in her First Amended Collective & Class Action Complaint (Doc. 26) is dismissed WITH PREJUDICE, and that Plaintiff Gayl Weinmann's proposed class of individuals who worked for Defendant in Illinois shall be limited to a three-year period consistent with the Court's November 29, 2022 Order (Doc. 24).

Dated: _____          _____
                                           HON. CHRISTY CRISWELL WIEGAND
                                           UNITED STATES DISTRICT JUDGE