# EXHIBIT 5

## CONTRACT LAND STAFF
## EMPLOYEE PLACEMENT FORM

| Client/Project: PPL | Office Use Only | OIC: Jon Clark |
|---|---|---|
| Employee: Gayl Weinmann | Status: Transfer | Supervisor: Jerod Mickelson |
| Project Location: 9999 Hamilton Blvd. | Vision Role: PPL Capital | Contact #: (816) 838-0409 |
| Breinigsville, PA 18031 | TS Approver: Jerod Mickelson | Duration of Job: TBD |
| Effective Date: 12/26/17 | Labor Code: D.ROWS | Work State: PA |
| *Pay Rate: $345/day | Actual Days Worked: Yes | Days Per Week: 6 |
| Classification: ROW Supervisor | | |

| EXPENSES | | | | |
|---|---|---|---|---|
| Travel to Project | Approved Days | 1 | Mileage | Actuals*** |
| Auto/Mileage (no commuter miles) | Per Mile | 0.535 | Flat Rate/per day | No |
| | All Miles Driven | No | Project Miles only | Yes |
| Air Fare/Car Rental | Reimbursable | No | Actual w/receipt | If needed for project |
| Copies | Reimbursable | Yes | Actual w/receipt | Yes |
| Courthouse Copies (tax maps/deeds) | Reimbursable | Yes | Actual w/receipt | Yes |
| Digital Camera | Allowance | N/A | Actual w/receipt | N/A |
| Mail & Courier Services | Reimbursable | Yes | Actual w/receipt | Yes |
| Meals | Reimbursable | No | Actual w/receipt | No |
| Notary Fees | Reimbursable | Yes | Actual w/receipt | Yes |
| Office Supplies (not associated w/ Personal Computers) | Reimbursable | Yes | Actual w/receipt | Yes |
| Parking | Reimbursable | Yes | Actual w/receipt | Yes |
| Per Diem | Amount | N/A | # Days per Week | N/A |
| - Accommodations (Hotel) | Per Diem | N/A | Actual w/receipt | N/A |
| - Meals | Per Diem | $51.00 | Allowance | **7 |
| Personal Computer (internet, ink, paper & all peripherals) | Flat Rate/per day | $10.00 | Day worked | Yes |
| Recording Fees (if not direct) | Reimbursable | Yes | Actual w/receipt | Yes |
| TELECOMMUNICATIONS | | | | |
| - Cell | Flat Rate/per day | $7.00 | Day worked | Yes |
| - Land Line | Allowance | N/A | Actual w/receipt | N/A |
| OTHER | | | | |
| Tolls & Other Fees | Reimbursable | N/A | Actual w/receipt | N/A |
| Holidays | Paid | Yes | **Per Diem | N/A |

Comments:

** Per diem is paid as long as employee is in the project area. If employee leaves the area, per diem may not be charged.

*** Mileage range on travel days is between 500-600 miles per day. Authorization needed for more than 2 days. Mileage must be supported by internet mapping database.

*Alexandra Shakra*
Staffing Manager

*[signature]*
Employee

12/20/2017
Date

12/21/17
Date

Employees receiving per diem do so with the understanding that if you rent or lease long term temporary housing in the assigned work area, Contract Land Staff and the Client are not responsible for reimbursement of any deposits or rent/lease buy outs.

Please sign and email or fax back to the HR & Staffing Department immediately at StaffingSupport@contractlandstaff.com.

*You will be paid the applicable Day Rate for each full day of work, subject to normal withholdings. The Day Rate will be paid in ¼ day increments, therefore, for example, you will receive ½ of the Day Rate for ½ day's work. For each week you perform any work, you will be paid the greater of (a) time actually worked in ¼ day increment at your Day Rate or (b) a guaranteed minimum salary that will be approximately 75% of your usual earnings at the assigned Day Rate for your normal scheduled workweek. The only exception to the above will be at the beginning and end of projects.

**By signing, employee is agreeing to assignment conditions detailed above.**