# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| GAYL WEINMANN, Individually and for Others Similarly Situated,<br><br>v.<br><br>CONTRACT LAND STAFF, LLC | Case No. 2:22-CV-1140<br><br>Collective Action (29 U.S.C. § 216(b))<br><br>Class Action (Fed. R. Civ. P. 23) |

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate and agree that the above-captioned action and all claims brought, or that could have been brought, on behalf of Plaintiff Gayl Weinmann and any opt-in Plaintiff are dismissed with prejudice with each Party to bear its or her own costs and attorney's fees.

Respectfully submitted,

| | |
|---|---|
| /s/ *Richard M. Schreiber* | /s/ *Meghaan C. Madriz* |
| **Michael A. Josephson** | **Adam T. Simons** |
| Texas Bar No. 24014780 | Pa. Id. No. 322256 |
| mjosephson@mybackwages.com | MCGUIRE WOODS LLP |
| **Andrew Dunlap** | 500 East Pratt Street, Suite 1000 |
| Texas Bar No. 24078444 | Baltimore, Maryland 21202 |
| adunlap@mybackwages.com | 410-659-4417 |
| **Richard M. Schreiber*** | asimons@mcguirewoods.com |
| Texas Bar No. 24056278 | |
| rschreiber@mybackwages.com | **Meghaan C. Madriz *** |
| **JOSEPHSON DUNLAP, LLP** | mmadriz@mcguirewoods.com |
| 11 Greenway Plaza, Suite 3050 | Texas Bar No. 24070241 |
| Houston, Texas 77046 | S.D. Tex. No. 1062431 |
| Telephone: (713) 352-1100 | MCGUIRE WOODS LLP |
| | 600 Travis Street, Suite 7500 |
| **AND** | Houston, Texas 77002 |
| | (832)255-6365 Telephone |
| | (832)214-9935 Facsimile |
| **Richard J. (Rex) Burch** | |
| Texas Bar No. 24001807 | **ATTORNEYS FOR DEFENDANTS** |
| rburch@brucknerburch.com | |
| **BRUCKNER BURCH, PLLC** | |
| 11 Greenway Plaza, Suite 3025 | |
| Houston, Texas 77046 | |
| Telephone: (713) 877-8788 | |

**AND**

**Joshua P. Geist**
PA Bar No. 85745
**GOODRICH & GEIST, P.C.**
3634 California Avenue
Pittsburgh, PA 15212
Telephone: (412) 766-1455

* *admitted pro hac vice*

**ATTORNEYS FOR PLAINTIFF**

2

## **CERTIFICATE OF SERVICE**

On January 11, 2024, I served the foregoing document on all parties and/or their counsel of record via this Court CM/ECF filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ Richard M. Schreiber*
**Richard M. Schreiber**